**Order filed May 12, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00262-CV

_____

**DR. RICHARD HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-24041**

## ORDER

The notice of appeal in this case was filed April 11, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On April 21, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court on or before **May 23, 2022,** that arrangements to pay for the clerk's record have been made. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.